USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/25/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NOMODIC MODULAR STRUCTURES, INC.,

                Plaintiff,

     -against-

NEXUS 1, LLC,

                Defendant.
-----------------------------------------------------------------X

23-CV-5271 (GHW) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

     In light of the Notice of Voluntary Dismissal filed on January 25, 2024 (doc. no 30) the Initial Case Management Conference currently scheduled for **January 29, 2024** is hereby adjourned *sine die*.

                        SO ORDERED.

DATED:    New York, New York
               January 25, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge